# ELECTRONIC RECORD

COA # 01-13-00847-CR          OFFENSE: 22.021 (Agg Sex Assault w/Child)

STYLE: Salvador Martinez v. The State of Texas          COUNTY: Harris

COA DISPOSITION: DISMISS          TRIAL COURT: 177th District Court

DATE: 07/29/2014          Publish: NO    TC CASE #: 133380

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Salvador Martinez v. The State of Texas          CCA #: **1326-14**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

__REFUSED__          JUDGE: _____

DATE: __12/17/2014__          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**